IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03255-RPM

IMHOTEP SA'RA,

    Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Dept. of Corrections;
PAMELA PLOUGHE, Warden, Colorado Territorial Correctional Facility;
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

### ORDER EXTENDING TIME TO ANSWER
_____

Upon review of the file and docket sheet in this action, it appears that the Order to Show Cause by Filing Answer [2] entered by this Court on December 16, 2011, was not served upon defendants until today. It is now

ORDERED that on or before March 19, 2012, the respondents shall file and serve their answer to the petition.

DATED: January 30, 2012

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge