IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03255-RPM

IMHOTEP SA'RA,

    Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Dept. of Corrections;
PAMELA PLOUGHE, Warden, Colorado Territorial Correctional Facility;
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

ORDER GRANTING APPLICATION FOR CERTIFICATE OF APPEALABILITY
_____

    The petitioner filed a Notice of Appeal and Application for Certificate of Appealability from the Clerk's final Judgment, entered August 17, 2012 [12], regarding this Court's the Memorandum Opinion and Order, entered August 17, 2012 [11], denying the petition for writ of habeas corpus and dismissing the civil action. Accordingly, after review of the file, it is therefore

    ORDERED that the petitioner's application for certificate of appealability is granted.

    DATED: September 14th, 2012

    BY THE COURT:

    s/ Richard P. Matsch
    _____
    Richard P. Matsch, Senior Judge